[No. 47517-7-I.   Division One.   October 15, 2001.]

DALE R. KING, ET AL., *Respondents*, v. AMERICAN WOOD TREATERS (U.S.), INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-2-00026-2, Steven J. Mura, J., entered October 6, 2000. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Webster, J., concurred in by Baker and Cox, JJ.

[No. 47523-1-I.   Division One.   October 15, 2001.]

DONNA SHIDNER, *Appellant*, v. SUN O. PEAK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-15781-8, Harriett M. Cody, J., entered October 5, 2000. *Reversed* by unpublished per curiam opinion.

[No. 47553-3-I.   Division One.   October 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GLEASON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-00387-2, David A. Nichols, J., entered November 1, 2000. *Remanded* by unpublished per curiam opinion.

[No. 47594-1-I.   Division One.   October 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CELSO RAMOS LAPUZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-04642-8, Carol A. Schapira, J., entered October 2, 2000. *Affirmed* by unpublished per curiam opinion.